AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |
|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |
| v. | Civil Action No. |
| *Defendant(s)* |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK



Date: July 15, 2026

(By) DEPUTY CLERK

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
District of Florida

Case Number: 26-CV-8338

Plaintiff:
**Mid-America Carpenters Regional Council Pension Fund, et al.**

vs.

Defendant:
**Ergonomic Technicians LLC**

For:
KETTERMAN Ketterman

Received by Daniel Jackson on the 22nd day of July, 2026 at 6:01 am to be served on **ERGONOMIC TECHNICIANS LLC C/O NYLES JONES REG AGT., 11280 Nicole Dr, UNIT 207, Wellington, FL 33414**.

I, Daniel Jackson, do hereby affirm that on the **28th day of July, 2026** at **10:30 am, I:**

Served the within name Limited Liability Company by delivering a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINTwith the date and hour of service endorsed thereon by me to:NYLES JONES as RA,at the address of:11280 Nicole Dr, UNIT 207, Wellington, FL 333414, and informed said person of the contents therein, in compliance with state statutes

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: Black, Height: 5'7, Weight: 220, Hair: Hair Wrap, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, a member in good standing in the county in which service was effected in accordance with State Statute,in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service  and the facts stated in it are true.Notary not required pursuant to F.S. 92.525

**Daniel Jackson**
CPS #1683

**Prestige Process**
**17021 NE 6th Avenue Suite C**
**MIAMI, FL 33162**
**(786) 916-2424**

Our Job Serial Number: PPJ-2026006854

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e